UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-21090 |
| William and Bonnie Penzel, | ) | Hon. Janet S. Baer |
| | ) | Hearing Time: April 29, 2014 |
| Debtors. | ) | Hearing Date: 10:00 a.m. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:　　　　　　Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to:　　　Estate

Date of Order Authorizing
Employment:　　　　　　　　　May 20, 2013

Period for Which
Compensation is sought:　　　May 20, 2013 to Close of Case

Amount of Fees sought:　　　　$1,000.00

Amount of Expense
Reimbursement sought:　　　　$0.00

This is an:　　Interim Application __　　　Final Application _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: April 2, 2014　　　　　　　　　　　　Joseph A. Baldi, Trustee of the Estate of
　　　　　　　　　　　　　　　　　　　　　　William and Bonnie Penzel, Debtors

　　　　　　　　　　　　　　　　　　　　By: ____/s/Joseph A. Baldi, Trustee_____
　　　　　　　　　　　　　　　　　　　　　　Joseph A. Baldi, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-21090 |
| William and Bonnie Penzel | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: April 29, 2014 |
| Debtors. | ) | Hearing Time: 10:00 A.M. |

### Application for Allowance and Payment of
### Final Compensation of Joseph A. Baldi, as Trustee

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of William and Bonnie Penzel, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,000.00 as final compensation for his services rendered as trustee in this case from the date of his appointment through the close of this case. In support thereof, Trustee states as follows:

### Introduction

1. This case was commenced on May 20, 2013 by the filing of a voluntary petition for relief under chapter 7 of the Code. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The sole asset of this Estate is an interest in two vehicles, a 2005 Pontiac G6 and a 2005 Ford Explorer.

4. The bar date for filing claims in this case was November 19, 2013.

### Prior Compensation

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

## Services Rendered by Trustee

7. Since his appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate with a total value of $1,002.50. Itemized billing statements describing the Trustee's services from the commencement of this case through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

    A. Trustee analyzed debtor's schedules, exemptions and CarMax Appraisals. Furthermore, Trustee negotiated with the debtor's a settlement of the estate's interest in the debtor's vehicles;

    B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    D. Trustee prepared the semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

    E. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $4,000.00 on behalf of the Estate. Trustee has made $33.18 in disbursements in this case as of the date hereof.

2

9. A copy of the *Form 1 Individual Estate Property Record and Report* showing the disposition of the assets of this Estate is attached to Trustee's Final Report as Exhibit B.

## Compensation Requested

10. During the period covered by this Application, Trustee has spent 5.10 hours rendering services on behalf of this Estate with a value of $1,002.50. Trustee estimates that he will spend an additional three (3) hours rendering services with a value of $525.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file his final account. In addition to the amounts requested for services previously rendered, Trustee also seeks allowance and payment of compensation for the services he will render in order to close this case.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $1,000.00 as follows:

| | |
|---|---|
| 25% of the first $4,000 | $1,000.00 |
| Total allowable compensation | $1,000.00 |

12. Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee in this case in the amount of $1,000.00. This amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

## Status of the Case

15. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

16. Trustee has completed and filed his Final Report simultaneously herewith. A final fee application for the Trustee's attorneys is being filed concurrently herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate William and Bonnie Penzel, debtors, requests the entry of an order providing the following:

A. Allowing and authorizing payment to Trustee of final compensation in the amount of $1,000.00 for his actual and necessary professional services rendered and to be rendered on behalf of this Estate; and

B. For such other and further relief as this Court deems appropriate.

Dated: April 2, 2014        Joseph A. Baldi, as trustee of the estate
                            of William and Bonnie Penzel, debtors


By:_____/s/ Joseph A. Baldi_____
          Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 North Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

4

**Trustee's Final Fee Application**　　　　　　　　**William and Bonnie Penzel, Debtors**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 13-21090**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

January 20, 2014
Invoice No: 02375

Joseph Baldi, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, Illinois 60602

**In Reference to:** *Penzel, William and Bonnie - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 10/16/2013 | JMM | Request EIN from IRS (.1), Send Request to Bank re: New Bank Account (.1), Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.40<br>$175.00/ hr | $70.00 |
| 11/15/2013 | JAB | Open and review October 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 11/18/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 12/10/2013 | JAB | Open and review November 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 12/11/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/17/2014 | JAB | Open and review Congressional Bank December 2013 Statement (.1), Open and review Associated Bank December 2013 Statement (.1) | 0.20<br>$450.00/ hr | $90.00 |
| 1/20/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process December 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30<br>$175.00/ hr | $52.50 |

**Baldi Berg & Wallace, Ltd**　　　　　　　　　　　　　　　　　　　1/20/2014

Penzel, William and Bonnie - Trustee Matters　　　　　　　　　　　Page   2

| Date | | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/20/2014 | JMM | Review case file for information needed to prepare TFR and related documents (.2); Review claims and update system with information needed to prepare TFR and NFR (.6) | 0.80<br>$175.00/ hr | $140.00 |
| 1/20/2014 | JMM | Prepare Trustee Fee Application (1.0); Prepare coversheet, proposed order and affidavit (.3); Prepare TFR (.8); and NFR (.2); Review and edit Trustee Final Report Package (.5) | 2.80<br>$175.00/ hr | $490.00 |

|  |  |
|---|---|
| Total Fees | $1,002.50 |
| Total New Charges | $1,002.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,002.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 0.40 | $450.00 |
| Jason M Manola | 4.70 | $175.00 |
|  | 5.10 | |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William and Bonnie Penzel, | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 13-21090 |
| Debtors. | ) | |
| | ) | Hon. Janet S. Baer |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.  I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.  I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.  I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg, Ltd. a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4.  Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on February 19, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**