# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PENZEL, WILLIAM H. | § | Case No. 13-21090 |
| PENZEL, BONNIE M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                    Jeffrey P. Allsteadt
                    Clerk of the U.S. Bankruptcy Court
                    219 S. Dearborn, 7th Floor
                    Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at:

                10:00 a.m., on April 29, 2014
                in Courtroom 615, U.S. Courthouse
                219 S. Dearborn St., Chicago, IL

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                                         Clerk of the US Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| PENZEL, WILLIAM H. | § | Case No. 13-21090 |
| PENZEL, BONNIE M. | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 33.18 |
| leaving a balance on hand of[1] | $ | 3,966.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: BALDI BERG | $ 757.50 | $ 0.00 | $ 757.50 |
| Other: International Sureties | $ 3.18 | $ 3.18 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,757.50 |
| Remaining Balance | $ | 2,209.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 119,052.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Harris, NA | $ 119,052.20 | $ 0.00 | $ 2,209.32 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,209.32 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
William H. Penzel  
Bonnie M. Penzel  
       Debtors

Case No. 13-21090-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: acox     Page 1 of 1     Date Rcvd: Apr 03, 2014  
                  Form ID: pdf006     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2014.
```
db/jdb        +William H. Penzel,   Bonnie M. Penzel,   2114 E. Peachtree Lane,
               Arlington Heights, IL 60004-3434
20511379       Chase,   P.O. Box 659754,   San Antonio, Texas 78265-9754
20511380      +Harris, NA,   Russell S. Long, Esq,   111 East Kilbourn Ave,   Suite 1400,
               MIlwaukee, WI 53202-6677
20511381     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank,   4801 Frederica Street,   Owensboro, Kentucky 42301)
20511382      +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty        Baldi Berg & Wallace. Ltd  
                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2014 at the address(es) listed below:
```
          Dana N O'Brien    on behalf of Creditor    U.S. Bank National Association dobrien@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Howard  Peritz    on behalf of Debtor William H. Penzel ilbarrister@comcast.net
          Howard  Peritz    on behalf of Joint Debtor Bonnie M. Penzel ilbarrister@comcast.net
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Attorney    Baldi Berg, Ltd. jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```
                                                 TOTAL: 8