# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PENZEL, WILLIAM H. | § | Case No. 13-21090 |
| PENZEL, BONNIE M. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi _____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | HARRIS, NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1 - PENZEL**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

**Exhibit 8**

| Case No: | 13-21090 | JSB | Judge: Janet S. Baer |
| Case Name: | PENZEL, WILLIAM H. | | |
| | PENZEL, BONNIE M. | | |
| For Period Ending: | 06/20/14 | | |

| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 05/20/13 (f) |
| 341(a) Meeting Date: | 06/21/13 |
| Claims Bar Date: | 11/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. RESIDENCE<br>  2114 East Peachtree Lane, Arlington Heights, IL 60004 | 325,000.00 | 0.00 | | 0.00 | FA |
| 2. RENTAL PROPERTY<br>  216 Carriage Road, Monello, WI 53949 | 96,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH<br>  Cash on Hand | 150.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>  Chase Money Market | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS<br>  Chase Checking Account | 900.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS<br>  Normal Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel<br>  Normal Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8. VEHICLES<br>  2005 Pontiac G6 | 4,900.00 | 1,000.00 | | 1,000.00 | FA |
| 9. VEHICLES<br>  2005 Ford Explorer | 5,600.00 | 3,000.00 | | 3,000.00 | FA |

**FORM 1 - PENZEL**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 13-21090    JSB   Judge: Janet S. Baer |
|---|---|
| Case Name: | PENZEL, WILLIAM H. |
|  | PENZEL, BONNIE M. |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 05/20/13 (f) |
| 341(a) Meeting Date: | 06/21/13 |
| Claims Bar Date: | 11/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. INVENTORY   Miscellaneous Fishing Rods and Reels | 500.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $438,650.00 | $4,000.00 | | $4,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated the Debtors' real estate in Wisconsin and requested CarMax appraisals on the Debtors' two vehicels

and found there to be approximately $4100 in equity. Trustee and Debtors settled for a lump sum payment of $4000.

Trustee reviewed claims, prepared TFR and has disbursed funds.

Initial Projected Date of Final Report (TFR): 04/29/14    Current Projected Date of Final Report (TFR): 04/29/14

/s/   Joseph A. Baldi

_____ Date: 06/20/14

JOSEPH A. BALDI

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 13-21090 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PENZEL, WILLIAM H. | Bank Name: | Associated Bank |
| | PENZEL, BONNIE M. | Account Number / CD #: | *******6875  Checking Account |
| Taxpayer ID No: | *******6751 | | |
| For Period Ending: | 06/20/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,980.00 | | 3,980.00 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,970.00 |
| 02/05/14 | 003001 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 3.18 | 3,966.82 |
| 04/30/14 | 003002 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Trustee Compensation | 2100-000 | | 1,000.00 | 2,966.82 |
| 04/30/14 | 003003 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 757.50 | 2,209.32 |
| 04/30/14 | 003004 | Harris, NA<br>Russell S. Long, Esq<br>111 East Kilbourn Ave<br>Suite 1400<br>MIlwaukee, WI 53202 | Claim 000001, Payment 1.85576% | 7100-000 | | 2,209.32 | 0.00 |

| | Page Subtotals | 3,980.00 | 3,980.00 |
|---|---|---|---|

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-21090 -JSB | Trustee Name: | Joseph A. Baldi |
| Case Name: | PENZEL, WILLIAM H. | Bank Name: | Associated Bank |
| | PENZEL, BONNIE M. | Account Number / CD #: | *******6875  Checking Account |
| Taxpayer ID No: | *******6751 | | |
| For Period Ending: | 06/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,980.00 | 3,980.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 3,980.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,980.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 3,980.00 | |

Page Subtotals                   0.00                   0.00

FORM 2 - Page: 1

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-21090 -JSB |
| Case Name: | PENZEL, WILLIAM H. |
| | PENZEL, BONNIE M. |
| Taxpayer ID No: | *******6751 |
| For Period Ending: | 06/20/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0002  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/13 | 8, 9 | WILLIAM PENZEL<br>2114 Peachtree Lane<br>Arlington Heights, Il 60004 | SETTLEMENT: VEHICLES | 1129-000 | 4,000.00 | | 4,000.00 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,990.00 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 3,980.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 3,980.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,980.00 | |
| Subtotal | 4,000.00 | 20.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 20.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6875 | 0.00 | 3,980.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******0002 | 4,000.00 | 20.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 4,000.00 | 4,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    4,000.00    4,000.00

Ver: 18.00a

FORM 2 - Page 11

Page:   4

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        13-21090 -JSB
Case Name:      PENZEL, WILLIAM H.
                PENZEL, BONNIE M.
Taxpayer ID No: *******6751
For Period Ending: 06/20/14

Trustee Name:       Joseph A. Baldi
Bank Name:          Congressional Bank
Account Number / CD #:  *******0002  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******6875
Checking Account (Non-Interest Earn - ********0002

Page Subtotals          0.00          0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*